# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                      :   No. 437

                                   :

APPOINTMENT TO THE MINOR COURT :   MAGISTERIAL RULES DOCKET

RULES COMMITTEE                  :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 1st day of October, 2019, Magisterial District Judge Alexandra Kokura Kravitz, Luzerne County, is hereby appointed as a member of the Minor Court Rules Committee for a term of six years, commencing October 1, 2019.